**James D. SCHNELLER, Petitioner**

v.

**Elizabeth CAVANAUGH–KERR and Marjorie Zitomer, Respondents**

No. 455 MAL 2016

Supreme Court of Pennsylvania.

November 22, 2016

## ORDER

PER CURIAM

AND NOW, this 22nd day of November, 2016, the Petition for Allowance of Appeal, Application for Relief of Writ of Mandamus to the Trial Court, and Application for Relief of Peremptory Mandamus are DENIED.

**IN RE: ESTATE OF Neva OESCHGER, Deceased**

**Petition of: William Oeschger**

No. 446 MAL 2016

Supreme Court of Pennsylvania.

November 22, 2016

## ORDER

PER CURIAM

AND NOW, this 22nd day of November, 2016, the Petition for Allowance of Appeal is DENIED.

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Tabu Nazshon PHILLIPS, Petitioner**

No. 425 MAL 2016

Supreme Court of Pennsylvania.

November 22, 2016

## ORDER

PER CURIAM

AND NOW, this 22nd day of November, 2016, the Petition for Allowance of Appeal is **DENIED**.

Justice Mundy did not participate in the consideration or decision of this matter.